■ In the Matter of PAUL W. ADLER et al., Appellants, v SHIRLEY HUESTED et al., Constituting the Board of Elections of Rockland County, et al., Respondents.—Appeal by the petitioners from a judgment of the Supreme Court, Rockland County (Hillery, J.), dated August 21, 1989.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Hillery. Mollen, P. J., Mangano, Thompson, Bracken and Brown, JJ., concur.